JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SERGIO M. TANORI,

           Petitioner,

        vs.

KIM HOLLAND, Acting Warden,

           Respondent.

Case No.  SACV 12-0880-VAP (DTB)

**J U D G M E N T**

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: August 8 2013

VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

1